Michael C. Salvo, Esq.
AHMUTY DEMERS & MCMANUS
65 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Phone: (973) 984-7311
File #: CVSP3 0279J22 MCS/FKL
*Attorneys for Defendants NEW JERSEY CVS PHARMACY, LLC and CVS HEALTH CORPORATION (i/s/h/a CVS HEALTH)*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER MOLEEN-FERRARO,<br><br>Plaintiff(s),<br><br>VS.<br><br>NEW JERSEY CVS PHARMACY LLC, CVS HEALTH, RENWAL OF FLA INC%ECOVA, INC-MS 363, "JOHN DOES 1-5", and "ABC COMPANIES 1-5", (both being fictitious designations),<br><br>Defendant(s). | CASE NO. _____<br><br>From: Superior Court of New Jersey, Law Division, Union County Vicinage, Docket No. UNN-L-001032-22<br><br>NOTICE OF REMOVAL |

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441, 1446; and 42 U.S.C. § 1983, defendants, NEW JERSEY CVS PHARMACY, LLC and CVS HEALTH CORPORATION (i/s/h/a CVS HEALTH), through the undersigned attorneys, hereby removes the above-captioned civil action, and all claims and causes of action therein, from the Superior Court of New Jersey, Law Division, Union County Vicinage, to the United States District Court for the District of New Jersey, Newark Vicinage.

**JURISDICTION & AUTHORITY FOR REMOVAL**

1. On April 5, 2022, plaintiff commenced this action by filing a Complaint in the Superior Court of New Jersey, Law Division, Union County ("the State Action"). The Complaint names NEW JERSEY CVS PHARMACY, LLC and CVS HEALTH CORPORATION (i/s/h/a CVS HEALTH) as defendants.

2. A copy of the Complaint in the State Action that was forwarded to our office is annexed hereto as **EXHIBIT A**.

3. The Federal District of New Jersey, Newark Vicinage, encompasses Union County.

4. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §§ 1332 because there exists diversity of citizenship between the plaintiffs and defendants and, upon information and belief, the amount in controversy exceeds the sum of $75,000.00 exclusive of interests and costs.

5. Under the provisions of 28 U.S.C. §1441, the right exists to remove this civil action from the Superior Court of the State New Jersey, Union County, to the United States District Court for the District of New Jersey, Newark Vicinage, which embraces the place where this action is pending. In the Complaint, Plaintiff, Jennifer Moleen-Ferraro seeks judgment as a result of personal injuries allegedly sustained as a result of a trip and fall accident that allegedly occurred on May 21, 2021, on the sidewalk outside the CVS store located at 1319 Magie Avenue, Township of Union, County of Union, and state of New Jersey.

6. Service was effectuated by the plaintiff on NEW JERSEY CVS PHARMACY, LLC and CVS HEALTH CORPORATION on April 9, 2022. As such, removal of this matter is timely pursuant to 28 U.S.C. §§ 1446(b).

7. This action involves a controversy between citizens of different States. The plaintiff is, and was at the commencement of the action, a citizen of New Jersey. Defendant, NEW JERSEY CVS PHARMACY, LLC, is a domestic limited liability company, registered in the State of New Jersey. The citizenship of a limited liability company is determined by the citizenship of its members. *See Carden v. Arkoma Assocs.,* 494 U.S. 185, 110 S.Ct. 1015 (1990); *Quantlab Fin., LLC, Quantlab Tech. Ltd. (BVI) v Tower Research Capital, LLC*, 715 F Supp 2d 542 (S.D.N.Y. 2010). CVS PHARMACY, INC. is the sole member of Defendant NEW JERSEY CVS PHARMACY, LLC and is a foreign business corporation at all times having its principal place of business at One CVS Drive, Woonsocket, Rhode Island, 02895, and having been registered as a corporation in the State of Rhode Island. As such, the defendant, NEW JERSEY CVS PHARMACY, LLC, has Rhode Island citizenship for purposes of diversity jurisdiction. CVS HEALTH CORPORATION is a Delaware corporation with its principal place of business located at One CVS Drive, Woonsocket, Rhode Island, 02895. Upon information and belief, RENWAL OF FLA INC%ECOVA, INC-MS 363 is a citizen of a state other than New Jersey.

8. No Answer has been filed in the State Action.

9. No other process, pleadings, or orders have been served on NEW JERSEY CVS PHARMACY, LLC or CVS HEALTH CORPORATION in the State Action.

10. Upon information and belief, Plaintiff's amount in controversy exceeds the $75,000.00 threshold. Plaintiffs' Complaint does not specify the amount of damages because under the New Jersey Rules of Court, Rule 4:5-2, a plaintiff in a personal injury matter seeking unliquidated damages in the Superior Court, Law Division, is not permitted to assert the damages amount in the Complaint. The Complaint sets forth general allegations that Plaintiff, JENNIFER MOLEEN-FERRARO sustained severe and permanent injuries that cause her to endure great pain and suffering. Based on information obtained from plaintiff's counsel, the plaintiff claims to

have sustained a fracture of the left elbow and unspecifies injuries to her left shoulder, left knee, chest and back. Although we do not know the true nature and extent of the injuries, we do know that the total medical expenses, as of July 30, 2021, were $149,302.21. If these allegations are ultimately proven, all of which are expressly denied, then a verdict in this matter could exceed $75,000.00.  Therefore, the District Court has jurisdiction over this action.

## NOTICE TO PLAINTIFFS AND SUPERIOR COURT OF REMOVAL

11.     The defendants, NEW JERSEY CVS PHARMACY, LLC and CVS HEALTH CORPORATION, through their attorney, will promptly serve a copy of this Notice of Removal on counsel for the plaintiffs, and will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court, Law Division, Union County Vicinage pursuant to 28 U.S.C. § 1446(d).

**AHMUTY DEMERS & MCMANUS**

BY:     */s Michael C. Salvo*
MICHAEL C. SALVO, ESQ.

Dated:  May 9, 2022