# JaeLeeLaw, P.C.
ATTORNEYS AT LAW

Please reply to:

**NEW JERSEY**
2050 Center Avenue, Suite 120
Fort Lee, NJ 07024 -Main Office
Tel. 201.346.3800  Fax. 201.346.3822

**NEW YORK**
164-01 Northern Blvd., 2nd Fl.
Flushing, New York 11358
Tel. 718.423.2400  Fax. 718.423.2477

Jae E. Lee**
Martin S. Cedzidlo + ◊
  Certified Civil Trial Attorney
Shane A. Sullivan*
Pasha Razi*
Jennifer Joo
Giovanna R. Giampa
Christina M. Coombe***

RECEIVED
APR 1 3 2022
LEGAL DEPARTMENT

 

+ Certified By The Supreme Court Of
   New Jersey As A Civil Trial Attorney
◊ Certified By The National Board Of
   Trial Advocacy As A Civil Trial Advocate
*NJ & NY BARS
**NJ & PA BARS
***Of Counsel

April 6, 2022

Via Certified Mail: 7021-2720-0000-2995-3380
New Jersey CVS Pharmacy LLC
1 CVS Drive, Box 1075
Woonsocket, RI 02895

Re: **Jennifer Moleen-Ferraro v. CVS, et. al.**
    **Docket No.: UNN-L-1032-22**

Dear Sir or Madam:

Enclosed herewith please find a copy of Summons, along with the Complaint, for service upon the defendant(s), **New Jersey CVS Pharmacy LLC,** with respect to the above captioned matter.

Kindly serve the defendant(s) as indicated on the Summons and return the service of process to me.

**In addition, please be advised if a skip trace is required kindly perform a skip trace and effectuate service upon the defendant.**

Thank you for your attention to this matter.

Very truly yours,

*/s/ Jennifer Joo*

Jennifer Joo

JJ:ga
Enclosure

JAE LEE LAW, P.C.
By: Jennifer Joo, Esq.
2050 Center Avenue, Suite 120
Fort Lee, New Jersey 07024
Telephone No.: (201) 346-3800
Facsimile No.: (201) 346-3822
New Jersey Attorney ID: 342182020
Attorneys for Plaintiffs, *Jennifer Moleen-Ferraro*

| | |
|---|---|
| JENNIFER MOLEEN-FERRARO, | SUPERIOR COURT OF NEW JERSEY |
| *Plaintiff,* | LAW DIVISION: BERGEN COUNTY |
| vs. | DOCKET NO.: UNN-L-1032-22 |
| NEW JERSEY CVS PHARMACY LLC, CVS HEALTH, RENWAL OF FLA INC%ECOVA, INC-MS 363, "JOHN DOES 1-5", and "ABC COMPANIES 1-5", | CIVIL ACTION |
| (both being fictitious designations), | SUMMONS |
| *Defendants.* | |

**THE STATE OF NEW JERSEY, TO THE ABOVE NAMED DEFENDANT(S):**

# New Jersey CVS Pharmacy LLC

**THE PLAINTIFF**, named above has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written Answer or Motion and proof of Service with the deputy clerk of the Superior Court in the County listed above within 35 days from the date you received this Summons, not counting the date you received it. If the Complaint is one in foreclosure, then you must file your written Answer or Motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your Answer or Motion when it is filed. You must also send a copy of your Answer or Motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written Answer or Motion (with fee and complete case Information Statement), if you want the Court to hear your defense.

If you do not file and serve a written Answer or Motion within 35 days, the Court may enter a Judgment against you for the relief of plaintiff's demands, plus interest and costs of suit. If judgment is entered against you the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford to pay an attorney, you may call the Legal Services Office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling the Lawyer Referral Services. A list of these numbers is also provided.

*/s/ Donald F. Phelan, Clerk*
DONALD F. PHELAN, CLERK

Dated: April 6, 2022

---

Name and Address of Defendant:

**New Jersey CVS Pharmacy LLC**
**1 CVS Drive, Box 1075**
**Woonsocket, RI 02895**

JAE LEE LAW, P.C.
By: Jennifer Joo, Esq.
2050 Center Avenue, Suite 120
Fort Lee, New Jersey 07024
Telephone No.: (201) 346-3800
Facsimile No.: (201) 346-3822
New Jersey Attorney ID: 342182020
Attorneys for Plaintiffs, *Jennifer Moleen-Ferraro*

| | |
|---|---|
| JENNIFER MOLEEN-FERRARO, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION: UNION COUNTY |
| *Plaintiff,* | |
| | DOCKET NO.: UNN-L- |
| vs. | |
| | CIVIL ACTION |
| NEW JERSEY CVS PHARMACY LLC, CVS HEALTH, RENWAL OF FLA INC%ECOVA, INC-MS 363, "JOHN DOES 1-5", and "ABC COMPANIES 1-5", (both being fictitious designations), | |
| *Defendants.* | |

## COMPLAINT and JURY DEMAND

Plaintiff, Jennifer Moleen-Ferraro, residing at 320 Trotting Road, in Township of Union, County of Union, State of New Jersey, by way of Complaint against the Defendants, says:

### FIRST COUNT

1. On or about May 21, 2021, Plaintiff, Jennifer Moleen-Ferraro, was lawfully upon the premises located at New Jersey CVS Pharmacy LLC, on 1319 Magie Avenue, in the Township of Union, County of Union, in the State of New Jersey.

2. At the aforesaid time and place, the premises were owned, operated, maintained and/or controlled, as owner, landlord, lessee and/or lessor by Defendants, New Jersey CVS Pharmacy LLC, CVS Health, RENWAL OF FLA INC%ECOVA, INC-MS 363, "JOHN DOES 1-5" and/or "ABC

COMPANIES 1-5", (fictitious name for individuals whether individually, partnerships or corporations who may be responsible).

3. At the aforesaid time and place, Defendants, New Jersey CVS Pharmacy LLC, CVS Health, RENWAL OF FLA INC%ECOVA, INC-MS 363, "JOHN DOES 1-5" and/or "ABC COMPANIES 1-5", (fictitious names for individuals whether individually, partnerships or corporations who may be responsible), through its agents, servants, and/or employees had a duty to Plaintiff and persons such as Plaintiff, to keep and maintain the premises in a safe and proper condition and free and clear of any and all hazardous and dangerous conditions and disrepairs which would endanger the safety of Plaintiff and person such as Plaintiff.

4. At the aforesaid time and place, Defendants so negligently and carelessly owned, operated, maintained and/or controlled the subject premises in such a way so as to cause Plaintiff, Jennifer Moleen-Ferraro, to become injured due to the presence of a hazardous and dangerous condition on such premises.

5. Defendants above disregarded its duty aforesaid and negligently and carelessly allowed its premises to be improperly, dangerously and palpably unreasonably maintained and to remain in an unsafe and dangerous condition in allowing said hazardous and dangerous condition to exist on its premises, all of which Defendants had due notice or by reasonable inspection thereof, would have had due notice.

6. That at all times hereinafter mentioned, the said Defendants had actual notice and/or constructive notice of said hazardous and dangerous condition and/or by reasonable inspection thereof, would have had due notice of the hazardous and dangerous condition existing.

7. As a result of the aforesaid carelessness and negligence of Defendants, Plaintiff suffered severe and permanent injuries; was disabled and disfigured; has suffered and will continue to suffer great pain and torment, both mental and physical.

8. As a further result of Defendants' aforesaid negligence and the injuries thereby caused to Plaintiff, Plaintiff has been and will be in the future compelled to spend great and diverse sums of money for medical aid and treatment and has been and will be prevented from attending to the usual occupation, duties, activities and business.

WHEREFORE, Plaintiff, Jennifer Moleen-Ferraro, demands judgment against Defendants, New Jersey CVS Pharmacy LLC, CVS Health, RENWAL OF FLA INC%ECOVA, INC-MS 363, "JOHN DOES 1-5" and/or "ABC COMPANIES 1-5", (fictitious names for individuals whether individually, partnerships or corporations who may be responsible), for damages, together with interest and costs of suit.

## SECOND COUNT

1. Plaintiff repeats and allegations of the First Count of the Complaint as if set forth at length herein.

2. Plaintiff reserves the right to amend the Complaint to substitute the names of the actual business entity or individual for the fictitious name "JOHN DOES 1-5' and/or "ABC COMPANIES 1-5", (fictitious names for individuals whether individually, partnerships or corporations who may be responsible), should it be determined that other persons or entities are responsible for the condition which caused the incident complained of.

WHEREFORE, Plaintiff, Jennifer Moleen-Ferraro, demands judgment against Defendants, New Jersey CVS Pharmacy LLC, CVS Health, RENWAL OF FLA INC%ECOVA, INC-MS 363, "JOHN DOES 1-5" and/or "ABC COMPANIES 1-5", (fictitious names for individuals whether individually, partnerships or corporations who may be responsible), for damages, together with interest and costs of suit.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## DESIGNATION of TRIAL COUNSEL

Pursuant of Rule 4:5-1(c), Shane A. Sullvain., Esq. is hereby designated as Trial Counsel.

## CERTIFICATION

I hereby certify that this matter is not the subject of any other action pending in any court or arbitration proceeding, that no such other action or arbitration proceeding is contemplated by this Plaintiff, and that there are no other parties, whom, to the knowledge of Plaintiff(s)' counsel, should be joined in this action.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Jennifer Joo, Esq.

Date: March 23, 2022

```
UNION COUNTY SUPERIOR COURT
2 BROAD STREET
CIVIL DIVISION
ELIZABETH       NJ 07207                   TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (908) 787-1650
COURT HOURS  8:30 AM - 4:30 PM

                          DATE:   APRIL 05, 2022
                          RE:     MOLEEN-FERRARO JENNIFER   VS NEW JERSEY CVS PHARM
                          DOCKET: UNN L -001032 22

   THE ABOVE CASE HAS BEEN ASSIGNED TO:   TRACK 2.

   DISCOVERY IS    300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

   THE PRETRIAL JUDGE ASSIGNED IS:  HON JOHN G. HUDAK

   IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      001
AT:  (908) 787-1650 EXT 21493.

   IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                          ATTENTION:
                                     ATT: JENNIFER JOO
                                     JAE LEE LAW PC
                                     2050 CENTER AVE STE 120
                                     FORT LEE     NJ 07024
```

ECOURTS

# CITIZEN'S REPORT

RETURN OR MAIL TO:
TOWNSHIP OF UNION POLICE
981 CALDWELL AVENUE, UNION NJ 07083

CASE# 2021-2771
INCIDENT# 40087-21

## TYPE OF INCIDENT BEING REPORTED (CHECK ONE):

- [ ] 1: THEFT (STOLEN PROPERTY - LESS THAN $75,000)
- [ ] 2: ASSAULT (SIMPLE)
- [ ] 3: CRIMINAL MISCHIEF (PROPERTY DAMAGE)
- [ ] 4: MV ACCIDENT (LEAVING THE SCENE)
- [ ] 5: LOST PROPERTY
- [ ] 6: HARASSMENT
- [ ] 7: MV BURGLARY
- [ ] 8: NOISE COMPLAINT
- [ ] 9: ANIMAL BITE
- [ ] 10: ANIMAL COMPLAINT
- [ ] 11: SUPP. REPORT (ORIGINAL CASE: ____)
- [ ] 12: SUSPICIOUS ACTS
- [ ] 13: DISPUTE
- [x] 14: OTHER (SPECIFY) Injury

## VICTIM/COMPLAINTS INFORMATION

PLEASE PRINT OR TYPE ALL INFORMATION CLEARLY

NAME: Jennifer H. Moleen-Ferraro    RACE: W    AGE: 45    SEX: Female

HOME ADDRESS: 320 Trotting Rd.   CITY: Union   STATE: NJ   ZIP CODE: 07083

HOME TEL. #: N/A    CELL #: 908-656-0558    OTHER: ____

## PERSON REPORTING INFORMATION

NAME: Jennifer H. Moleen-Ferraro    TIME REPORTED: 6:15 PM    DATE REPORTED: 5/23/2021

HOME ADDRESS: 320 Trotting Rd.   CITY: Union   STATE: NJ   ZIP CODE: 07083

HOME TEL. #: ____    CELL #: 908-656-0558    OTHER: ____

## INCIDENT LOCATION

LOCATION OF INCIDENT: CVS sidewalk to entrance 1319 Magie Av Union NJ 07083

TYPE OF PREMISES:  RESIDENCE [ ]   BUSINESS [x]   OTHER (SPECIFY) ____

TIME AND DATE INCIDENT OCCURRED:
(BETWEEN A RANGE OF TWO DATES, OR AT A SPECIFIC TIME)

OCCURRED BETWEEN ____ AM/PM AND: ____ AM/PM

[x] OR OCCURRED AT: 1:48 PM    MONTH: May   DAY: 21   YEAR: 2021

## VICTIM'S/COMPLAINTS VEHICLE INFORMATION

MAKE: ____   MODEL: ____   BODY TYPE: ____   YEAR: ____   COLOR: ____

LICENSE PLATE #: ____   STATE REGISTERED: ____   VIN. #: ____

*OFFICIAL USE ONLY BELOW, PLEASE FILL OUT REVERSE SIDE*

REVIEWED BY: [signature]    ID: 3089    DATE: 5-23-21

UPD 58 REV. 7/14

1 of 3

# TOWNSHIP OF UNION - POLICE DIVISION
## NARRATIVE

pg 1 of 2

**EXPLAIN BRIEFLY WHAT HAPPENED:** (IF ADDITIONAL SPACE IS NEEDED ATTACH A SEPARATE PIECE OF PAPER)

I exited passenger side of vehicle, stepped onto curb/grassy area and proceeded to sidewalk. I stopped to assist my son with his face mask, put on my mask and turned to proceed along sidewalk. I tripped over a parking bumper which seemed to be torn from parking lot and left on sidewalk. I fell onto my elbows and knees. I was unable to move. A passerby called 911 for an ambulance. Several employees came out with manager (Miguel). Manager took my

*PD COMMUNICATIONS OPERATOR* PLATE ENTERED BY _____   DATE:   TIME:

LIST THE ITEMS STOLEN BELOW INCLUDE INFORMATION AS TO QUANTITY, MAKE, MODEL, OWNER APPLIED NUMBERS (OAN), SERIAL NUMBERS, DESCRIPTION OR ANY OTHER PERTINENT INFORMATION THAT WOULD SIMPLIFY IDENTIFYING THE STOLEN ARTICLES. LIST THE CURRENT MARKET VALUE OF THE ARTICLES(S) STOLEN IF KNOWN, OR ESTIMATE VALUE AND TOTAL SAME. IF ADDITIONAL SPACE IS NEEDED, USE ANOTHER VICTIM PROPERTY LOSS REPORT FORM AND ATTACH PAGE TO PAGE 1. NUMBER EACH PAGE AND INDICATE TOTAL NUMBER OF PAGES, COMPLETE VICTIM IDENTIFICATION SECTION OF ALL PAGES.

### PROPERTY DESCRIPTION

| ITEM NO. | MAKE | MODEL | OWNER APPLIED# | SERIAL# | DESCRIPTION | VALUE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | PAGE NUMBER & NUMBER OF PAGES: | | TOTAL |

**NOTE:** ANY PERSON WHO GIVES OR CAUSES TO BE GIVEN FALSE INFORMATION TO ANY LAW ENFORCEMENT OFFICER WITH RESPECT TO THE COMMISSION OF ANY CRIME OR INCIDENT IS GUILTY OF A FOURTH DEGREE CRIME UNDER THE NEW JERSEY CODE OF CRIMINAL JUSTICE (2C:28-4). FOURTH DEGREE CRIMES ARE PUNISHABLE BY A FINE OF NOT MORE THAN 1,000.00 OR BY IMPRISONMENT FOR NOT MORE THAN 18 MONTHS, OR BOTH.

I AFFIRM THAT ALL INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF REPORTING PERSON _Moleen Sewraw_

2 of 3

# TOWNSHIP OF UNION - POLICE DIVISION
## NARRATIVE

pg 2 of 2

**EXPLAIN BRIEFLY WHAT HAPPENED:** (IF ADDITIONAL SPACE IS NEEDED ATTACH A SEPARATE PIECE OF PAPER)

name and phone number; called Legal Dept of CVS to file a claim - Claim # Incident # 402105D046G0001 - Store # 4259. Fire Dept Ambulance took me to Overlook Union campus ER on Galloping Hill Rd. I have several abrasions, left elbow fracture. My left shoulder and knee are in pain, as well as my chest and back muscles. I have photo documentation of the scene. The bumper was subsequently moved by 2 employees after the incident.

*PD COMMUNICATIONS OPERATOR* PLATE ENTERED BY _____ DATE: ___ TIME: ___

LIST THE ITEMS STOLEN BELOW INCLUDE INFORMATION AS TO QUANTITY, MAKE, MODEL, OWNER APPLIED NUMBERS (OAN), SERIAL NUMBERS, DESCRIPTION OR ANY OTHER PERTINENT INFORMATION THAT WOULD SIMPLIFY IDENTIFYING THE STOLEN ARTICLES. LIST THE CURRENT MARKET VALUE OF THE ARTICLES(S) STOLEN IF KNOWN, OR ESTIMATE VALUE AND TOTAL SAME. IF ADDITIONAL SPACE IS NEEDED, USE ANOTHER VICTIM PROPERTY LOSS REPORT FORM AND ATTACH PAGE TO PAGE 1. NUMBER EACH PAGE AND INDICATE TOTAL NUMBER OF PAGES, COMPLETE VICTIM IDENTIFICATION SECTION OF ALL PAGES.

### PROPERTY DESCRIPTION

| ITEM NO. | MAKE | MODEL | OWNER APPLIED # | SERIAL # | DESCRIPTION | VALUE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | PAGE NUMBER & NUMBER OF PAGES: | TOTAL |

**NOTE:** ANY PERSON WHO GIVES OR CAUSES TO BE GIVEN FALSE INFORMATION TO ANY LAW ENFORCEMENT OFFICER WITH RESPECT TO THE COMMISSION OF ANY CRIME OR INCIDENT IS GUILTY OF A FOURTH DEGREE CRIME UNDER THE NEW JERSEY CODE OF CRIMINAL JUSTICE (2C:28-4). FOURTH DEGREE CRIMES ARE PUNISHABLE BY A FINE OF NOT MORE THAN 1,000.00 OR BY IMPRISONMENT FOR NOT MORE THAN 18 MONTHS, OR BOTH.

I AFFIRM THAT ALL INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF REPORTING PERSON _Noreen Lewan_

3 of 3

# CITIZEN'S REPORT

RETURN OR MAIL TO:
TOWNSHIP OF UNION POLICE
981 CALDWELL AVENUE, UNION NJ 07083

OFFICIAL USE ONLY
CASE# 2021-2771
INCIDENT# 40089-2021

## TYPE OF INCIDENT BEING REPORTED (CHECK ONE):

- [ ] 1: THEFT (STOLEN PROPERTY - LESS THAN $75,000)
- [ ] 2: ASSAULT (SIMPLE)
- [ ] 3: CRIMINAL MISCHIEF (PROPERTY DAMAGE)
- [ ] 4: MV ACCIDENT (LEAVING THE SCENE)
- [ ] 5: LOST PROPERTY
- [ ] 6: HARASSMENT
- [ ] 7: MV BURGLARY
- [ ] 8: NOISE COMPLAINT
- [ ] 9: ANIMAL BITE
- [ ] 10: ANIMAL COMPLAINT
- [ ] 11: SUPP. REPORT (ORIGINAL CASE:_____)
- [ ] 12: SUSPICIOUS ACTS
- [ ] 13: DISPUTE
- [x] 14: OTHER (SPECIFY) ACC

## VICTIM/COMPLAINTS INFORMATION

PLEASE PRINT OR TYPE ALL INFORMATION CLEARLY

NAME _____ (FIRST MIDDLE LAST)   RACE ____ AGE ____ SEX ____

HOME ADDRESS _____ (NUMBER & STREET)   CITY ____ STATE ____ ZIP CODE ____

HOME TEL. # _____ CELL # _____ OTHER _____

## PERSON REPORTING INFORMATION

NAME _____ (FIRST MIDDLE LAST)   TIME REPORTED ____ AM/PM   DATE REPORTED ____ (MONTH DAY YEAR)

HOME ADDRESS _____ (NUMBER & STREET)   CITY ____ STATE ____ ZIP CODE ____

HOME TEL. # _____ CELL# _____ OTHER _____

## INCIDENT LOCATION

LOCATION OF INCIDENT: _____

TYPE OF PREMISES   RESIDENCE [ ]   BUSINESS [ ]   OTHER (SPECIFY) _____

TIME AND DATE INCIDENT OCCURRED:
(BETWEEN A RANGE OF TWO DATES, OR AT A SPECIFIC TIME)
- [ ] OCCURRED BETWEEN _____ AM/PM
- AND: _____ AM/PM
- [ ] OR OCCURRED AT: _____ AM/PM

## VICTIM'S/COMPLAINTS VEHICLE INFORMATION

MAKE ____ MODEL ____ BODY TYPE ____ YEAR ____ COLOR ____

LICENSE PLATE # ____ STATE REGISTERED ____ VIN. # ____

*OFFICIAL USE ONLY BELOW, PLEASE FILL OUT REVERSE SIDE*

REVIEWED BY: _____ ID: 3089 DATE: 5-23-21

UPD 58 REV. 7/14

**JAELEELAW, P.C.**
ATTORNEYS AT LAW
2050 Center Avenue, Suite 120
Fort Lee, NJ 07024

*Legal*

7021 2720 0000 2995 3300

New Jersey CVS Pharmacy LLC
1 CVS Drive, Box 1075
Woonsocket, RI 02895

CERTIFIED MAIL

FIRST-CLASS

US POSTAGE (im) PITNEY BOWES
ZIP 07024
02 7H
0000601104
$ 007.73
APR 06 2022